FILED
SEP 16 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC<br>5 Severance Circle, Suite 505<br>Cleveland Heights, OH 44118<br><br>Plaintiff<br><br>vs.<br><br>U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT<br>[1350 Euclid Ave., Suite 500<br>Cleveland, OH 44115-1815]<br><br>Defendant | ) | Case No. 05-1006C<br><br>**COMPLAINT** |

**Parties**

At all times relevant, Plaintiff was and remains Assignee under a certain Housing Assistance Payments Contract between its Assignor, Receivers for Lakeview Gardens, Ltd., et al., and the Defendant.

A copy of that contract is not hereto attached as Defendant is in receipt of same.

**First Claim**
**(Breach of Contract - First Renewal)**

1. On or about 10/25/99, Plaintiff's Assignor and the Defendant entered into the attached "Renewal Contract" for the term, 9/14/99 through 1/13/00.

2. Plaintiff's Assignor performed its obligations under that Renewal Contract.

3. Defendant breached the Renewal Contract by failing and/or refusing to pay its circa $70,000.00 contract price.

**Second Claim**
**(Breach of Contract - Second Renewal)**

1. On or about 1/14/00 and per the attached correspondence, the Defendant offered Plaintiff's Assignor an identical Renewal Contract for the term, 1/14/00 through 4/14/00.

GUARNIERI AND SECREST, P.L.L.
ATTORNEYS AT LAW
151 E. MARKET STREET
P.O. BOX 4270
WARREN, OHIO 44482

2. Plaintiff's Assignor accepted that offer and Plaintiff similarly performed for and during that 1/14/00 - 4/14/00 term.

3. Defendant breached such Renewal Contract by failing and/or refusing to pay its circa $70,000.00 contract price.

***Third Claim***
***(Breach of Quasi Contract - Unjust Enrichment)***

1. For and during the period, 4/15/00 through 6/30/00, and with Defendant's knowledge, acquiescence and consent, Plaintiff continued to perform the same housing services for Defendant's so-called "Section 8 Residents," for which the Defendant enjoyed a benefit having a value of $58,333.33.

2. For those services, Plaintiff suffered a concomitant detriment of like value.

3. In equity and good conscience, and under the facts and circumstances presented, the Defendant ought not be permitted to retain that benefit to Plaintiff's stated detriment.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of $198,333.33, together with interest as provided by law and the costs of this action.

GUARNIERI & SECREST, P.L.L.

MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
(330) 395-3831- Fax
ATTORNEY FOR PLAINTIFF

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**Office of Housing, Federal Housing Commissioner**

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

**HUD as Contract Administrator**

SECTION 8 PROJECT NUMBER: OH12-E000-003.

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT (if different): N/A.

FHA PROJECT NUMBER: (if applicable) NA.

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and STEVEN L. BRADLEY, the court → OR MARK MAREN appointed Receiver: Per Case #372525 (dated August 26, 1999) (copy attached), pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

RTC 10-20

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in LAKEVIEW GARDENS ("Project").

This Expiring Contract expires on SEPTEMBER 13, 1999 (STAGE 2)

HUD and the Owner desire to renew for the term specified below the Expiring Contract EXCEPT for the **Contract Rent and Rent Adjustment Provisions.**

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.
2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.
3. There will be no rent adjustments during the term of this Contract.
4. The effective date of this Contract is SEPTEMBER 14, 1999**
   **COMBINES STAGE 1 & 2**
5. This Contract expires on JANUARY 13, 2000.
6. The maximum amount of the commitment for housing assistance payments under this Contract is $70,000** **120-DAY TERM OF CONTRACT**
7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary conditions, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form or any other similar form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001, 1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

(Signature)
By: Preston A. Pace, Jr., Director
Ohio Multifamily HUB

Date: OCT 26 1999

Owner: LAKEVIEW GARDENS, LTD.

(Signature) — as Court Appt. Receiver

By: ______________________

Date: 10-25-99

# EXHIBIT A

## IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

PROJECT #: N/A CONTRACT #: OH12-E000-003

| NUMBER OF UNITS | NUMBER OF BEDROOMS | CONTRACT RENTS | UTILITY ALLOWANCE | GROSS RENT |
|---|---|---|---|---|
| ONE BEDROOM | 8 | $454 | $29 | $483 |
| ONE BEDROOM | 9 | $456 | $26 | $482 |
| TWO BEDROOM | 11 | $489 | $34 | $523 |
| TWO BEDROOM | 6 | $514 | $35 | $549 |
| THREE BEDROOM | 6 | $550 | $42 | $592 |

CONTRACT RENTS EFFECTIVE: 11/97

U.S. DEPARTMENT OF HOUSING AND URBAN DEVEL[OPM]ENT

CLEVELAND AREA OFFICE
THE RENAISSANCE ON PLAYHOUSE SQUARE
1350 EUCLID AVENUE, SUITE 500
CLEVELAND, OHIO 44115-1815

STEVEN L. BRADLEY
SYNEBERT & MAREIN
ATTORNEYS AT LAW
222 LEADER BUILDING
526 SUPERIOR AVENUE
CLEVELAND, OHIO 44114-1210

JAN 1 4 2000

Dear Mr. Bradley:

SUBJECT: Receivership/Contract Renewal
Project No. Non-Insured/Section 8# OH12-E000-003
Lakeview Gardens
Cleveland, Ohio

As the Receiver for Lakeview Gardens, you are being offered a 120 day renewal for the Housing Assistance Payments (HAP) Contract for that property. Four (4) copies of that subsidy contract are being sent separately. They should be signed and returned to the Cleveland HUD Office following your receipt. This 120 day renewal has an effective date of January 14, 2000.

During this 120 day renewal period, the Cleveland Multifamily Program Center (Cleveland HUD Office) hopes to approve the new owner and management agent when we receive proper information which permits us to identify those entities. All required documents will have to be submitted.

Additionally, in order to evaluate ownership and management's capacity to provide decent, safe, and sanitary, long-term housing at Lakeview Gardens, we are requiring the following:

1. a date when Lakeview Gardens becomes TRACS compliant.

2. a favorable improvement in the score on the upcoming (February 2, 2000) REAC Physical Inspection.

3. the Taxpayer Identification Number (TIN) be provided for the Direct-Deposit form in our possession for the receiver.

4. the results of the unit inspections performed by ownership and/or management.

5. your Plan of Action which details when and how repairs will be completed and their source of funding.

In addition, Mr. Eric Moore from the Chicago HUD Enforcement Center plans to visit Lakeview Gardens between February 2 - 4, 2000. During Mr. Moore's visit in Cleveland, we would like both Stacey Polk and Steven Bradley to meet here at the Cleveland HUD Office to discuss with Eric Moore and the Cleveland staff where we are going with Lakeview Gardens.

The reason for evaluating is to help us determine whether we will need to issue vouchers and to give residents enough time to relocate.

Finally, please provide this Office with a copy of legal documents generated by the court order which created the receivership. Please provide us with documents which describe the responsibilities the receiver has towards the property known as Lakeview Gardens. Your assistance in this matter is greatly appreciate. Should you have questions, please contact Mr. Rick Boley of this Office at (216) 522-4058, Ext. 7171.

Sincerely,

Dennis G. Morton
Director
Cleveland Multifamily Program Center

cc: Stacey Polk