ORIGINAL

## ***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

***Cover Sheet*** 05-1006

| | |
|---|---|
| Plaintiff: | Forest Glen Properties, LLC |
| Name of Attorney of Record: | Michael D. Rossi |
| Address: | 151 E. Market St.<br>P.O. Box 4270<br>Warren, OH 44482 |
| Telephone No: | (330) 393-1584 |
| Fax No: | (330) 395-3831 |

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

| | |
|---|---|
| Nature of Suit Code: | 128 |
| Agency Identification Code: | HUD |
| Amount Claimed: | Approx. $200,000.00 |

GUARNIERI AND SECREST, P.L.L.
ATTORNEYS AT LAW
151 E. MARKET STREET
P.O. BOX 4270
WARREN, OHIO 44482