ORIGINAL

FILED
SEP 16 2005
COURT OF FEDERAL CLAIMS

**_IN THE UNITED STATES COURT OF FEDERAL CLAIMS_**

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC<br><br>Plaintiff<br><br>vs.<br><br>U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT<br><br>Defendant | ) | Case No. ____________<br><br>**_DISCLOSURE STATEMENT_** |

The Plaintiff is a nongovernmental corporate party to this action and has no parent corporation and no publicly-held corporation that owns 10% or more of its stock.

GUARNIERI & SECREST, P.L.L.

MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
(330) 395-3831- Fax
ATTORNEY FOR PLAINTIFF