IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1006C |
| v. | ) | (Judge Wolski) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 56 days, through and including, January 10, 2006, within which to file and to serve its response to the complaint. Our response is currently due on November 15, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first motion for an enlargement of time for this purpose.

The undersigned attorney has not yet received a litigation report from the relevant agency, the United States Department of Housing and Urban Development. Apparently, the delivery of a request for a litigation report pursuant to 28 U.S.C. § 520 to the agency was delayed inexplicably. We anticipate that the agency should be able to provide the relevant information to the undersigned so that the United States can file its response to the complaint on or before January 10, 2006.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until January 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

November 9, 2005

Attorneys for Defendant