IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST GLEN PROPERTIES, LLC )
Plaintiff, )
v. ) No. 05-1006C (Judge Wolski)
UNITED STATES, )
Defendant. )

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

The allegations contained in the first unnumbered paragraph constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

The allegations contained in the second unnumbered paragraph constitute plaintiff's characterization of its case, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

FIRST CLAIM

1. Admits the allegations contained in paragraph 1 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. The allegations contained in paragraph 2 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

## SECOND CLAIM

1. Admits the allegations contained in the second paragraph named paragraph 1 to the extent supported by the letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. The allegations contained in the second paragraph named paragraph 2 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

3. The allegations contained in the second paragraph named paragraph 3 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

THIRD CLAIM

1. Denies the allegations contained in the third paragraph named paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. The allegations contained in paragraph 2 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

3. The allegations contained in the third paragraph named paragraph 3 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

4. Denies that plaintiff is entitled to the relief set forth following the third paragraph named paragraph 3, or to any relief whatsoever.

5. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

OF COUNSEL:
STACEY SINGLETON
U.S. Department of
Housing and Urban
Development
Office of General Counsel
451 7th Street SW,
Room 10258
Washington, DC 20410-0500

January 6, 2006

Attorneys for Defendant