IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST GLEN PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1006C<br><br>(Judge Wolski) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ANDREW P. AVERBACH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-0527
Fax: (202) 305-2118

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: January 9, 2006

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division