# In the United States Court of Federal Claims

No. 05-1006C
(Filed March 2, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**FOREST GLEN PROPERTIES, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The Court has reviewed the joint preliminary status report and adopts the schedule proposed by the parties. The exchange of initial disclosure shall occur on or by **April 3, 2006**, and the close of fact discovery shall occur on or by **August, 31, 2006**. The parties shall submit an additional joint status report on or by **September 5, 2006**, proposing a schedule for further proceedings.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge