IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1006C |
| v. | ) | |
| | ) | (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of 30 days to complete fact discovery. Counsel for the Government has conferred with plaintiff's counsel regarding this request, and has been authorized to represent that plaintiff concurs with the request for the enlargement.

If granted, the enlargement would enlarge the time for the completion by both sides of fact discovery, which was originally set for August 31, 2006, to October 1, 2006. This is the first request by either party for an enlargement of time.

The parties have conducted written discovery and seek an additional thirty days to complete discovery so that they can complete depositions. Counsel for plaintiff has indicated that plaintiff’s principal, Dr. Frederick Harris, is not available for a deposition until September. So as to minimize travel for the parties, defendant has also agreed to make a representative of the Department of Housing and Urban Development available for deposition at or near the date that Dr. Harris is made available.

For the foregoing reasons, defendant respectfully requests that the Court grant or motion to enlarge the time to complete fact discovery by 30 days, to and including October 1, 2006.

Defendant further requests that the Court set the date for the filing of a status report, as originally contemplated by its scheduling order of March 2, 2006, to October 6, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

August 14, 2006

Attorneys for Defendant