# In the United States Court of Federal Claims

No. 05-1006C
(Filed August 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**FOREST GLEN PROPERTIES, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion for an enlargement of time. The motion is hereby **GRANTED**. The parties shall complete fact discovery by **October 1, 2006**, and shall file a joint status report on or by **October 6, 2006**.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge