IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1006C |
| v. | ) | |
| | ) | (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 21, 2006, the parties report that discovery is complete and the Government intends to move for summary judgment with respect to each count in the complaint. Because undersigned for the Government is scheduled to begin a four-week trial beginning on October 24, 2006 in Northern States Power Co. v. United States (Fed. Cl. 98-484C), defendant requests that the Court grant it until December 22, 2006, to file a motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael D. Rossi
Michael D. Rossi (#0005591)
GUARNIERI & SECREST, P.L.L.
P.O. Box 4270
Warren, Ohio 44482
Tel. (330) 393-1584
Fax (330) 395-3831

Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax (202) 305-2118

Attorneys for Defendant

October 5, 2006