# In the United States Court of Federal Claims

No. 05-1316C
(Filed October 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received the plaintiff's unopposed motion for a stay of proceedings. The motion is **GRANTED**. The case shall be stayed until November 30, 2006. The parties shall file a joint status report with recommendations for further proceedings on or by November 30, 2006.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge