# In the United States Court of Federal Claims

No. 05-1006C
(Filed October 6, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
**FOREST GLEN PROPERTIES, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report. Defendant's motion for summary judgment shall be filed on or by **December 22, 2006**. Plaintiff's opposition and defendant's reply memorandum shall be filed according to Rule 7.2(c) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge