***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiff | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***PLAINTIFF'S NOTICE OF WITHDRAWAL OF THE COMPLAINT'S THIRD CLAIM*** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Please take NOTICE that Plaintiff hereby withdraws the Complaint's Third Claim, sounding in "Unjust Enrichment."

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi_______________________
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
ATTORNEY FOR PLAINTIFF

***CERTIFICATE OF SERVICE***

I hereby certify that on January 17, 2007, a copy of the foregoing Plaintiff's Notice of Withdrawal of the Complaint's Third Claim was filed electronically. Notice of this filing will be sent to all parties by operation ot the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Rossi_____________________
MICHAEL D. ROSSI
ATTORNEY FOR PLAINTIFF