***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-1006C<br><br>Judge Wolski<br><br>***AFFIDAVIT OF MICHAEL D. ROSSI, ESQ.*** |

Comes now MICHAEL D. ROSSI, ESQ., being first duly sworn according to law, who deposes and states that:

(1) He is Counsel of Record for this action's Plaintiff;

(2) He has prepared a personal-knowledge affidavit for signature by Frederick D. Harris, MD, Managing Member of Plaintiff, Forest Glen Properties, LLC;

(3) In pertinent part, that affidavit recites that:

> "(3) For and during the period, 9/14/99 through 1/13/00, decent, safe and sanitary housing was provided to eligible families living in Lakeview Gardens in substantial compliance with the attached Housing Assistance Payments Renewal Contract;
>
> (4) For and during the period, 1/14/00 through 4/13/00, decent, safe and sanitary housing was provided to eligible families living in Lakeview Gardens in substantial compliance with the attached HUD 120-Day Renewal Contract Offer dated 1/14/00; and
>
> (5) Per the attached Assignment, Forest Glen Properties, LLC is assignee of all right, title and interest in that Renewal Contract and derivative Renewal Offer."

(4) An unsigned copy of that "attached Assignment" is hereto attached;

(5) To date, the Assignment remains unsigned because the Y/AWARE Programs, Inc. and/or Diversity Institute, Inc. receivership was terminated and its civil action concluded by the Cuyahoga County, Ohio Common Pleas Court several years ago;

(6) Former Receiver, Mark Marein, is presently attempting to reopen that receivership action for the sole purpose of obtaining that Court's authority to sign the Assignment;

(7) Once that authority is obtained, the Assignment will be signed and attached to the Harris, MD affidavit to be filed in opposition to Defendant's pending Motion for Summary Judgment; and

(8) He [Affiant] cannot now oppose summary judgment on the Complaint's First Claim and Second Claim for want of that affidavit with the signed Assignment attached.

/s/Michael D. Rossi, Esq.
MICHAEL D. ROSSI, ESQ.

STATE OF OHIO )
)ss:
COUNTY OF TRUMBULL )

SWORN to before me and SUBSCRIBED in my presence at Warren, Ohio this 16th day of January, 2007.

/s/Roxanne Nori
ROXANNE, NORI, NOTARY PUBLIC
My Commission Expires 5/21/08