***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiff | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***PLAINTIFF'S MOTION FOR LEAVE*** |
| | ) | ***TO FILE SUPPLEMENTAL MEMORANDUM*** |
| UNITED STATES OF AMERICA | ) | ***CONTRA DEFENDANT'S MOTION TO DISMISS*** |
| | ) | ***FOR LACK OF SUBJECT-MATTER JURISDICTION,*** |
| Defendant | ) | ***INSTANTER*** |
| | ) | |

On grounds that it has now formalized its "assignee" standing to maintain this action, a subject of its Memorandum Contra Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction; and that Defendant's reply to that Memorandum Contra raises new matter that ought to be addressed in the interest of a thorough review by the Court, Plaintiff accordingly moves the Court for leave to file its accompanying Supplemental Memorandum Contra, instanter.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
ATTORNEY FOR PLAINTIFF

***CERTIFICATE OF SERVICE***

I hereby certify that on February 9, 2007, a copy of the foregoing Plaintiff's Motion for Leave to File Supplemental Memorandum Contra Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction was filed electronically. Notice of this filing will be sent to all parties by operation to the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Rossi____________________
MICHAEL D. ROSSI
ATTORNEY FOR PLAINTIFF