| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiffs | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***AFFIDAVIT OF*** |
| | ) | ***FREDERICK D. HARRIS, MD*** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Comes now FREDERICK D. HARRIS, MD, being first duly sworn according to law, who deposes and states that:

(1) At all times relevant, he was and remains the managing member of Plaintiff, Forest Glen Properties, LLC, an Ohio limited liability company;

(2) He has read this action's Complaint and has personal knowledge of its subject matter;

(3) For and during the period, 9/14/99 through 1/13/00, decent, safe and sanitary housing was provided to eligible families living in Lakeview Gardens in substantial compliance with the attached Housing Assistance Payments Renewal Contract;

(4) For and during the period, 1/14/00 through 4/13/00, decent, safe and sanitary housing was provided to eligible families living in Lakeview Gardens in substantial compliance with the attached HUD 120-Day Renewal Contract Offer dated 1/14/00; and

(5) Per the attached Assignment, Forest Glen Properties, LLC is assignee of all right, title and interest in that Renewal Contract and derivative Renewal Offer.

Frederick D. Harris
FREDERICK D. HARRIS, MD

STATE OF OHIO )
)ss:
COUNTY OF CUYAHOGA )

SWORN to before me and SUBSCRIBED in my presence at Cleveland Ohio this 7 day of February, 2007.

Catherine Cline
NOTARY PUBLIC

CATHERINE CLINE - NOTARY PUBLIC
COMM. EXP. DEC 8, 2009
STATE OF OHIO

NIERI AND SECREST, P.L.L.
ATTORNEYS AT LAW
151 E. MARKET STREET
P.O. BOX 4270
WARREN, OHIO 44482

# ASSIGNMENT

For valuable consideration, the undersigned hereby transfer, set over and assign, to Forest Glen Properties, LLC, all of our right, title and interest in and to the attached Housing Assistance Payments Renewal Contract.

STEVEN L. BRADLEY
Former Receiver for
Y/AWARE Programs, Inc. and/or
Diversity Institute, Inc.

MARK MAREIN
Former Receiver for
Y/AWARE Programs, Inc. and/or
Diversity Institute, Inc.

Dated: September , 2006
Cleveland, OH

GUARNIERI AND SECREST, P.L.L.
ATTORNEYS AT LAW
151 E. MARKET STREET
P.O. BOX 4270
WARREN, OHIO 44482

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

## HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: OH12-E000-003.

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT (if different): N/A.

FHA PROJECT NUMBER: (if applicable) NA.

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and STEVEN L. BRADLEY, the court → OR MARK. MAREll appointed Receiver: Per Case #372525 (dated August 26, 1999) (copy attached), pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

RTC 10-20

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in LAKEVIEW GARDENS ("Project").

This Expiring Contract expires on SEPTEMBER 13, 1999 (STAGE 2)

HUD and the Owner desire to renew for the term specified below the Expiring Contract EXCEPT for the Contract Rent and Rent Adjustment Provisions.

THEREFORE, HUD and the Owner hereby agree as follows:

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this Contract.

4. The effective date of this Contract is SEPTEMBER 14, 1999**
**COMBINES STAGE 1 & 2

5. This Contract expires on JANUARY 13, 2000.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $70,000**. **120-DAY TERM OF CONTRACT

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

PLAINTIFF'S DEPOSITION EXHIBIT 2

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary conditions, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form or any other similar form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001, 1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

By: [signature]
(Signature)
By: Preston A. Pace, Jr., Director
Ohio Multifamily HUB

Date: OCT 26 1999

Owner: LAKEVIEW GARDENS, LTD.

[signature] as Court Appointed Receiver
(Signature)
By: ______________________

Date: 10-25-99

**EXHIBIT A**

**IDENTIFICATION OF UNITS ("CONTRACT UNITS")**
**BY SIZE AND APPLICABLE CONTRACT RENTS**

PROJECT #: N/A CONTRACT #: OH12-E000-003

| NUMBER OF UNITS | NUMBER OF BEDROOMS | CONTRACT RENTS | UTILITY ALLOWANCE | GROSS RENT |
|---|---|---|---|---|
| ONE BEDROOM | 8 | $454 | $29 | $483 |
| ONE BEDROOM | 9 | $456 | $26 | $482 |
| TWO BEDROOM | 11 | $489 | $34 | $523 |
| TWO BEDROOM | 6 | $514 | $35 | $549 |
| THREE BEDROOM | 6 | $550 | $42 | $592 |

CONTRACT RENTS EFFECTIVE: 11/97

Case 1:05-cv-01006-VJW Document 23-2 Filed 02/09/2007 Page 6 of 7

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

CLEVELAND AREA OFFICE
THE RENAISSANCE ON PLAYHOUSE SQUARE
1350 EUCLID AVENUE, SUITE 500
CLEVELAND, OHIO 44115-1815

STEVEN L. BRADLEY
SYNENBERG & MAREIN
ATTORNEYS AT LAW
222 LEADER BUILDING
526 SUPERIOR AVENUE
CLEVELAND, OHIO 44114-1210

JAN 14 2000

Dear Mr. Bradley:

SUBJECT: Receivership/Contract Renewal
Project No. Non-Insured/Section 8# OH12-E000-003
Lakeview Gardens
Cleveland, Ohio

As the Receiver for Lakeview Gardens, you are being offered a 120 day renewal for the Housing Assistance Payments (HAP) Contract for that property. Four (4) copies of that subsidy contract are being sent separately. They should be signed and returned to the Cleveland HUD Office following your receipt. This 120 day renewal has an effective date of January 14, 2000.

During this 120 day renewal period, the Cleveland Multifamily Program Center (Cleveland HUD Office) hopes to approve the new owner and management agent when we receive proper information which permits us to identify those entities. All required documents will have to be submitted.

Additionally, in order to evaluate ownership and management's capacity to provide decent, safe, and sanitary, long-term housing at Lakeview Gardens, we are requiring the following:

1. a date when Lakeview Gardens becomes TRACS compliant.

2. a favorable improvement in the score on the upcoming (February 2, 2000) REAC Physical Inspection.

3. the Taxpayer Identification Number (TIN) be provided for the Direct-Deposit form in our possession for the receiver.

4. the results of the unit inspections performed by ownership and/or management.

5. your Plan of Action which details when and how repairs will be completed and their source of funding.

In addition, Mr. Eric Moore from the Chicago HUD Enforcement Center plans to visit Lakeview Gardens between February 2 - 4, 2000. During Mr. Moore's visit in Cleveland, we would like both Stacey Polk and Steven Bradley to meet here at the Cleveland HUD Office to discuss with Eric Moore and the Cleveland staff where we are going with Lakeview Gardens.

The reason for evaluating is to help us determine whether we will need to issue vouchers and to give residents enough time to relocate.

Finally, please provide this Office with a copy of legal documents generated by the court order which created the receivership. Please provide us with documents which describe the responsibilities the receiver has towards the property known as Lakeview Gardens. Your assistance in this matter is greatly appreciate. Should you have questions, please contact Mr. Rick Boley of this Office at (216) 522-4058, Ext. 7171.

Sincerely,

Dennis G. Morton
Director
Cleveland Multifamily Program Center

cc: Stacey Polk