***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiff | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***PLAINTIFF'S NOTICE OF FILING*** |
| | ) | ***EXCERPTS AND SELECTED EXHIBITS*** |
| UNITED STATES OF AMERICA | ) | ***FROM THE DEPOSITION OF JOHN SCHUSTER*** |
| | ) | |
| Defendant | ) | |
| | ) | |

Please take NOTICE that pp. 1, 2, 3, 8, 12, 39, 43, 71-72, 100 and 111, together with Plaintiff's deposition exhibits 1, 2, 4, 5, 7 and 10 through 16, from the Deposition of John Schuster taken at Warren, Ohio on 9/15/06, have now been filed with the Clerk of this Court.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
ATTORNEY FOR PLAINTIFF

***CERTIFICATE OF SERVICE***

I hereby certify that on February 9, 2007, a copy of the foregoing Plaintiff's Notice of Filing Excerpts and Selected Exhibits from the Deposition of John Schuster was filed electronically. Notice of this filing will be sent to all parties by operation to the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Rossi
MICHAEL D. ROSSI
ATTORNEY FOR PLAINTIFF