IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1006C |
| v. | ) | |
| | ) | (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 20, 2007, the parties report that they have begun the process of engaging in discussions to resolve their dispute. The parties request that the Court permit them an additional 60 days, until March 14, 2008, either to file a stipulation of dismissal or to file a status report with respect to their progress.

Respectfully submitted,

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael D. Rossi
Michael D. Rossi (#0005591)
GUARNIERI & SECREST, P.L.L.
P.O. Box 4270
Warren, Ohio 44482
Tel. (330) 393-1584
Fax (330) 395-3831

Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax (202) 305-7643
Attorneys for Defendant

January 17, 2008