# In the United States Court of Federal Claims

No. 05-1006C
(Filed January 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**FOREST GLEN PROPERTIES, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report. As requested therein, the Court **GRANTS** an additional sixty days, until and including Friday, **March 14, 2008**, either to file a stipulation of dismissal or to file a joint status report informing of settlement progress to date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge