***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiff | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT, THERETO JOINING PERSONS NEEDED FOR JUST ADJUDICATION, BY INTERLINEATION AND INSTANTER*** |
| UNITED STATES | ) | |
| Defendant | ) | |
| | ) | |

Pursuant to RCFC 15(a) and 19(a), Plaintiff moves the Court for leave to amend its Complaint, thereto adding Steven L. Bradley and Mark Marein, Former Receivers for Y/AWARE Programs, Inc. and/or Diversity Institute, Inc., as parties plaintiff to this action, by interlineation and instanter.

*Memorandum*

As grounds for its Motion, Plaintiff states that same is made in good faith, without undue delay or prejudice to the Defendant, and as a result of anticipating the sequelae to follow from the first full ¶ on p. 18 of the Court's Memorandum and Order entered 12/20/07, to wit: despite Plaintiff's legal status as "assignee" and, as such, the "real party in interest" within the meaning of RCFC 17(a), it now appears that in the absence of the Former Receivers as parties, complete relief cannot be accorded among those already parties, perhaps as a matter of jurisdiction.

Justice requires that the requested leave be freely allowed so that all interested parties may be joined and their respective rights and obligations determined in a single action.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi______________
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
ATTORNEY FOR PLAINTIFF

## ***CERTIFICATE OF SERVICE***

I hereby certify that on March 5, 2008, a copy of the foregoing Plaintiff's Motion for leave to Amend its Complaint, Thereto Joining Persons Needed for Just Adjudication, by Interlineation and Instanter was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic foiling system. Parties may access this filing through the Court's system.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi______________
MICHAEL D. ROSSI
ATTORNEY FOR PLAINTIFF