IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1006C |
| v. | ) | |
| | ) | (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated January 22, 2008, the parties report that they have begun discussions concerning a possible resolution of this matter. However, the United States believes that any voluntary resolution of the case will require a determination of whether any party entitled to relief is currently before the Court. Since the filing of the parties' last status report, plaintiff has moved to amend its complaint to add new plaintiffs. The United States is currently preparing its response to this motion, and believes that plaintiff's motion will require consideration of whether the proposed amendment is untimely (in that it adds a new plaintiff more than six years after the accrual of any claims against the United States), whether the proposed new plaintiffs are entitled to bring suit, and whether the proposed amendment cures the standing issues previously identified by the Government.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael D. Rossi
Michael D. Rossi (#0005591)
GUARNIERI & SECREST, P.L.L.
P.O. Box 4270
Warren, Ohio 44482
Tel. (330) 393-1584
Fax (330) 395-3831

Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax (202) 305-2118

Attorneys for Defendant

March 13, 2008