# In the United States Court of Federal Claims

No. 05-1006C
(Filed June 6, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**FOREST GLEN PROPERTIES, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Argument on plaintiff's motion to amend its complaint will be held by telephone on June 17, 2008 at 1:30 p.m. Eastern Daylight Saving Time. Chambers will initiate the calls to counsel.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge