***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC | ) | Case No. 05-1006C |
| | ) | |
| Plaintiff | ) | Judge Wolski |
| | ) | |
| vs. | ) | ***NOTICE OF CHANGE OF PLAINTIFF'S COUNSEL'S TELEPHONE NUMBER*** |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Please take NOTICE that Plaintiff's counsel's telephone number has CHANGED, from 216-393-1584 to 330-393-1584.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi______________
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
ATTORNEY FOR PLAINTIFF

***CERTIFICATE OF SERVICE***

I hereby certify that on June 9, 2008, a copy of the foregoing Notice of Change of Plaintiff's Counsel's Telephone Number was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic foiling system. Parties may access this filing through the Court's system.

GUARNIERI & SECREST, P.L.L.

s/Michael D. Rossi______________
MICHAEL D. ROSSI
ATTORNEY FOR PLAINTIFF