***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| FOREST GLEN PROPERTIES, LLC<br><br>and<br><br>MARK B. MAREIN, RECEIVER<br>FOR Y/AWARE PROGRAMS, INC.<br>AND/OR DIVERSITY INSTITUTE, INC.<br>222 Leader Building<br>526 Superior Ave.<br>Cleveland, OH 44114<br><br>and<br><br>STEVEN L. BRADLEY, RECEIVER<br>FOR Y/AWARE PROGRAMS, INC.<br>AND/OR DIVERSITY INSTITUTE, INC.<br>222 Leader Building<br>526 Superior Ave.<br>Cleveland, OH 44114<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 05-1006C<br><br><br><br><br><br><br><br><br><br><br>***AMENDED COMPLAINT*** |

*Parties*

At all times relevant, Plaintiff, Forest Glen Properties, LLC, was and remains Assignee under a certain Housing Assistance Payments Contract between its Assignor, Plaintiff Receivers, and the Defendant.

A copy of that contract is not hereto attached as Defendant is in receipt of same.

*First Claim*

*(Breach of Contract - First Renewal)*

1. On or about 10/25/99, Plaintiff Receivers and the Defendant entered into the attached "Renewal Contract" for the term, 9/14/99 through 1/13/00.

2. Plaintiffs performed their obligations under that Renewal Contract.

3. Defendant breached the Renewal Contract by failing and/or refusing to pay its circa $70,000.00 contract price.

<u>*Second Claim*</u>
*(Breach of Contract - Second Renewal)*

1. On or about 1/14/00 and per the attached correspondence, the Defendant offered Plaintiff Receivers an identical Renewal Contract for the term, 1/14/00 through 4/14/00.

2. Plaintiff Receivers accepted that offer and Plaintiffs similarly performed for and during that 1/14/00 - 4/14/00 term.

3. Defendant breached such Renewal Contract by failing and/or refusing to pay its circa $70,000.00 contract price.

<u>*Third Claim*</u>
*(Breach of Quasi Contract - Unjust Enrichment)*

1. For and during the period, 4/15/00 through 6/30/00, and with Defendant's knowledge, acquiescence and consent, Plaintiffs continued to perform the same housing services for Defendant's so-called "Section 8 Residents," for which the Defendant enjoyed a benefit having a value of $58,333.33.

2. For those services, Plaintiffs suffered a concomitant detriment of like value.

3. In equity and good conscience, and under the facts and circumstances presented, the Defendant ought not be permitted to retain that benefit to Plaintiffs' stated detriment.

WHEREFORE, Plaintiffs demand judgment against the Defendant in the sum of

$198,333.33, together with interest as provided by law and the costs of this action.

GUARNIERI & SECREST, P.L.L.

/s/Michael D. Rossi ____________________

MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio 44482
(330) 393-1584
(330) 395-3831- Fax
ATTORNEY FOR PLAINTIFF