U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

HOUSING ASSISTANCE PAYMENTS
RENEWAL CONTRACT

<u>HUD as Contract Administrator</u>

SECTION 8 PROJECT NUMBER:_____ OH12-E000-003 _____.

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT
(if different):_____ N/A _____.

FHA PROJECT NUMBER: (if applicable)_____ NA _____.

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and STEVEN L. BRADLEY, the court appointed Receiver: Per Case #372525 (dated August 26, 1999) (copy attached), pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

OR MARK MAREII RTC 10-20

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in LAKEVIEW GARDENS ("Project").

This Expiring Contract expires on SEPTEMBER 13, 1999 (STAGE 2)

HUD and the Owner desire to renew for the term specified below the Expiring Contract EXCEPT for the Contract Rent and Rent Adjustment Provisions.

THEREFORE, HUD and the Owner hereby agree as follows:

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this Contract.

4. The effective date of this Contract is SEPTEMBER 14, 1999**
**COMBINES STAGE 1 & 2

5. This Contract expires on JANUARY 13, 2000 _____.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $70,000**. **120-DAY TERM OF CONTRACT

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary conditions, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form or any other similar form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001, 1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

(Signature)

By: Preston A. Pace, Jr., Director
Ohio Multifamily HUB

Date: [illegible]

Owner: LAKEVIEW GARDENS, LTD.

(Signature)

By:

Date: 10-25-99

Case 1:05-cv-01_16-VJW Document 17 Filed 12/1_ 2006 Page 6 of 38


# EXHIBIT A

## IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

PROJECT #: N/A CONTRACT #: OH12-E000-003

| NUMBER OF UNITS | NUMBER OF BEDROOMS | CONTRACT RENTS | UTILITY ALLOWANCE | GROSS RENT |
|---|---|---|---|---|
| ONE BEDROOM | 8 | $454 | $29 | $483 |
| ONE BEDROOM | 9 | $456 | $26 | $482 |
| TWO BEDROOM | 11 | $489 | $34 | $523 |
| TWO BEDROOM | 6 | $514 | $35 | $549 |
| THREE BEDROOM | 6 | $550 | $42 | $592 |

CONTRACT RENTS EFFECTIVE: 11/97