U.S. DEPARTMENT OF HOUSING AND URBAN DEVEL___MENT

CLEVELAND AREA OFFICE
THE RENAISSANCE ON PLAYHOUSE SQUARE
1350 EUCLID AVENUE, SUITE 500
CLEVELAND, OHIO 44115-1815

STEVEN L. BRADLEY
SYNEBERT & MAREIN
ATTORNEYS AT LAW
222 LEADER BUILDING
526 SUPERIOR AVENUE
CLEVELAND, OHIO 44114-1210

JAN 1 4 2000

Dear Mr. Bradley:

SUBJECT: Receivership/Contract Renewal
Project No. Non-Insured/Section 8# OH12-E000-003
Lakeview Gardens
Cleveland, Ohio

As the Receiver for Lakeview Gardens, you are being offered a 120 day renewal for the Housing Assistance Payments (HAP) Contract for that property. Four (4) copies of that subsidy contract are being sent separately. They should be signed and returned to the Cleveland HUD Office following your receipt. This 120 day renewal has an effective date of January 14, 2000.

During this 120 day renewal period, the Cleveland Multifamily Program Center (Cleveland HUD Office) hopes to approve the new owner and management agent when we receive proper information which permits us to identify those entities. All required documents will have to be submitted.

Additionally, in order to evaluate ownership and management's capacity to provide decent, safe, and sanitary, long-term housing at Lakeview Gardens, we are requiring the following:

1. a date when Lakeview Gardens becomes TRACS compliant.

2. a favorable improvement in the score on the upcoming (February 2, 2000) REAC Physical Inspection.

3. the Taxpayer Identification Number (TIN) be provided for the Direct-Deposit form in our possession for the receiver.

4. the results of the unit inspections performed by ownership and/or management.

5. your Plan of Action which details when and how repairs will be completed and their source of funding.

In addition, Mr. Eric Moore from the Chicago HUD Enforcement Center plans to visit Lakeview Gardens between February 2 - 4, 2000. During Mr. Moore's visit in Cleveland, we would like both Stacey Polk and Steven Bradley to meet here at the Cleveland HUD Office to discuss with Eric Moore and the Cleveland staff where we are going with Lakeview Gardens.

The reason for evaluating is to help us determine whether we will need to issue vouchers and to give residents enough time to relocate.

Finally, please provide this Office with a copy of legal documents generated by the court order which created the receivership. Please provide us with documents which describe the responsibilities the receiver has towards the property known as Lakeview Gardens. Your assistance in this matter is greatly appreciate. Should you have questions, please contact Mr. Rick Boley of this Office at (216) 522-4058, Ext. 7171.

Sincerely,

Dennis G. Morton
Director
Cleveland Multifamily Program Center

cc: Stacey Polk