\- - -

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - -

Forest Glen Properties, }
LLC, et al., }
Plaintiffs, }
}
vs. } Case No. 05-1006C
United States, } Judge Wolski
}
}
Defendant. }

ORIGINAL

\- - -

WEDNESDAY, AUGUST 27, 2008

\- - -

Statement put on the record in the above-captioned matter, taken before me, Colleen A. Fox, a Registered Professional Reporter and Notary Public within and for the State of Ohio, pursuant to notice at the offices of Marien & Bradley, 526 Superior Avenue, Suite 222, Cleveland, Ohio, commencing at 1:05 p.m., the day and date above set forth.

\- - -

Exhibit 1

APPEARANCES:

On behalf of the Plaintiffs:
Michael D. Rossi, Esq.
151 E. Market Street
Warren, Ohio 44482

On behalf of the Defendant:
Scott A. MacGriff, Esq.
Commercial Litigation Branch
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

MR. MACGRIFF: This is the date and time set for the deposition of Stephen Bradley and Mark Marien pursuant to notice.

We're at the law offices of Marien and Bradley. The Plaintiffs are not prepared to go forward with the deposition at this time.

That being the case, we're going to adjourn the deposition, and I will talk with Plaintiff's counsel in terms of arrangements going forward; and we will also, at that point, discuss costs and fees and what would be appropriate.

Mr. Rossi, do you have anything to say?

MR. ROSSI: Sure.

Would you please mark those?

(Documents marked as Plaintiff's Exhibits 1 and 2 for purposes of identification.)

MR. ROSSI: I'm going to refer to Plaintiff's Exhibit 1 as the letter I sent Mark on August 11th of this year, enclosing Plaintiff's Exhibit 2, which was the notice of -- it's called re-notice of

deposition, but it was the notice of deposition. I recall mailing it ordinary mail and it never came back.

My understanding is that neither Mark nor Steve ever received that letter with that enclosure. I guess that's all I have.

Can we have one copy of this, or two?

MR. MACGRIFF: Anything else?

MR. ROSSI: No.

MR. MACGRIFF: We're adjourned.

- - -

CERTIFICATE

- - -

State of Ohio, )
) SS:
County of Cuyahoga)

I, Colleen A. Fox, a Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the foregoing is a true and correct transcript.

I do further certify that I am not a relative, employee or attorney of either party, or otherwise interested in the event of this action.

IN THE WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio on this 8th day of September, 2008.

Colleen A. Fox

Colleen A. Fox, RPR, Notary Public,
in and for the State of Ohio.

My commission expires June 6, 2008