# In the United States Court of Federal Claims

No. 05-1006C
(Filed September 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**FOREST GLEN PROPERTIES, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the defendant's Unopposed Motion for Limited Enlargement of Time to Conduct Discovery and File Joint Status Report. It is hereby **GRANTED.** Accordingly, the defendant is given an enlargement of time, to and including **December 1, 2008** to conduct discovery relating to the recently-added plaintiffs and to file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge